# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: Layne F. Barney,<br>Attorney at Law, Bar No. 6563 | Case No.: 2:18-ms-00091<br><br>**ORDER OF SUSPENSION** |

On October 22, 2018, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt date of delivery of November 6, 2018. The Order to Show Cause provided Mr. Barney with thirty (30) days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Barney. Failure to respond within thirty (30) days warrants an Order of Suspension. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Layne F. Barney, Bar No. 6563, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this 21 day of December, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this  21st  day of December, 2018, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

        Layne F. Barney
        722 Scott Drive
        Fredericksburg, VA 22405

    Certified Mail No.:   7018 1130 0001 5956 7169

              /s/ M. Reyes
              Deputy Clerk
              United States District Court,
              District of Nevada